UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 21-1345-DMG (KSx)** | Date | October 13, 2021 |
|---|---|---|---|

| Title | ***United African-Asian Abilities Club, et al. v. Universe At Villa Edgemont DE, LLC, et al.*** | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:  IN CHAMBERS – ORDER TO SHOW CAUSE**

On July 14, 2021, the Court ordered the parties participate in a mediation conference by October 1, 2021.  [Doc. # 18.]  As required by the Court's July 14, 2021 Order, a joint status report re settlement was due seven (7) days after the mediation conference.  To date, a joint status report re settlement has not been filed.

IT IS HEREBY ORDERED that the parties show cause in writing no later than **October 20, 2021**, why sanctions should not be imposed for failure to comply with the Court's Order.  The filing of a joint status report re settlement by the deadline will be deemed a satisfactory response.

IT IS SO ORDERED.